*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF NEW YORK*

**<u>JUDGMENT IN A CIVIL CASE</u>**

---

**ERICKSON JHONAIKERHT HERNANDEZ
VILLASMIL,**

                                 **Petitioner,**

      **vs.**                                                **9:26-CV-713**
                                                              **(MAD)**

**TODD BLANCHE, JAMES BAUSCH, PHILIP
RHONEY, TODD LYONS, and MARKWAYNE
MULLIN,**

                                 **Respondents.**

---

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Petition for a writ of habeas corpus, Dkt. No. 1, is **GRANTED**; and it is further **ORDERED** that Petitioner shall be immediately released from custody; and it is further **ORDERED** that Respondents shall certify compliance with the Court's order regarding Petitioner's release no later than Friday, May 8, 2026, at 5:00 P.M.; and it is further **ORDERED** that having considered the particular circumstances of this case and *Mathews v. Eldridge*, 424 U.S. 319 (1976), Petitioner Erickson Jhonaikerht Hernandez Villasmil shall not be re-detained without adequate notice to Petitioner and without an opportunity to be heard at a hearing where the Government will have the burden of showing that his detention is authorized under 8 U.S.C. § 1226(a) and the burden to demonstrate by clear and convincing evidence that Petitioner is either a danger to the community or a flight risk; and it is further **ORDERED** that pending the issuance of any final removal order against Petitioner Erickson Jhonaikerht Hernandez Villasmil, Respondents are also enjoined from denying him bond in any subsequent proceeding on the basis that he must be detained pursuant to 8 U.S.C. § 1225(b), absent a change in relevant circumstances, consistent with this Memorandum-Decision and Order; and it is further **ORDERED** that the Clerk of the Court shall enter judgment in Petitioner's favor and close this case**,** all of the above pursuant to the Memorandum-Decision and Order of the Honorable Mae A. D'Agostino, dated the 5th day of May, 2026.

Dated:  May 5, 2026
       Albany, New York

                                             Clerk of Court

                                             s/Britney Norton
                                             Britney Norton
                                             Deputy Clerk